IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EUGENE MOTLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK COVELLO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-00002-DJC-EFB (PC)<br><br>ORDER |

**GOOD CAUSE APPEARING,** Defendants' *ex parte* application for an extension of time to respond to the Complaint is **GRANTED**. The deadline to file a responsive pleading is hereby extended by forty-five (45) days, up to and including March 20, 2025.

Dated: February 6, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:24-cv-0002-DJC-EFB)