UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EUGENE MOTLEY,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:24-cv-00002-DJC-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion for a temporary restraining order. ECF No. 11.

IT IS HEREBY ORDERED THAT within 21 days of the date of this order, defendants shall file an opposition or statement of non-opposition to the October 18, 2024 motion for temporary restraining order (ECF No. 11).

Dated: March 26, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1