UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD MOTLEY,

        Plaintiff,

      v.

PATRICK COVELLO, et al.,

        Defendants.

No.  2:24-cv-0002-DJC-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  He seeks an extension of time to file an opposition to the pending motion for summary judgment (ECF No. 68) and a reply to the opposition to his motion to compel (ECF No. 66).

The motion is GRANTED, and plaintiff shall file the aforementioned briefs on or before March 16, 2026.

So ordered.

DATED: March 9, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1