IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**EDWARD EUGENE MOTLEY,**

Plaintiff,

**v.**

**PATRICK COVELLO, et al.,**

Defendants.

Case No. 2:24-cv-0002-DJC-EFB

**~~[PROPOSED]~~ ORDER**

Good cause appearing, Defendants' *Ex Parte* Application for An Extension of Time For Additional Production Of Records And Response To Any Objections To Findings And Recommendations [DKT. NO. 77] is GRANTED. The Court's August 17, 2026 order is hereby modified such that Defendants shall respond to Plaintiff's Request for Production of Documents Nos. 14-16 on or before October 16, 2026. Also, Defendants' time to file their response to any objection that Plaintiff might file to the Court's August 17, 2026 Findings and Recommendations shall be extended to September 30, 2026.

**IT IS SO ORDERED**.

Dated: August 25, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE